# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Anatole L. Dumerjean                  Docket No. 5:12-MJ-1839-1

### Petition for Action on Probation

       COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anatole L. Dumerjean, who, upon an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on December 11, 2012, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service during the first 30 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall enroll in and complete the Alcohol/Drug Education Training school and pay the cost thereof. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

       **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has satisfied all of the special conditions of probation. The defendant is being discharged from the military and will be relocating to his home of record in New York. Since Dumerjean has completed all the special conditions of probation, we are now recommending that the remaining period of probation be terminated.

Anatole L. Dumerjean
Docket No. 5:12-MJ-1839-1
Petition For Action
Page 2

 **PRAYING THAT THE COURT WILL ORDER** the defendant's probation be terminated.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Keith W. Lawrence |
| Robert K. Britt | Keith W. Lawrence |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: February 27, 2013 |

### ORDER OF COURT

Considered and ordered this __4th__ day of __March__, 2013, and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge